## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**PLAQUEMINES PARISH**                                    **CIVIL ACTION**

**VERSUS**                                                          **No. 13-6733**

**GREAT SOUTHERN OIL & GAS CO.,**                **SECTION I**
**INC. ET AL.**

## ORDER

The Court has pending before it a motion[1] to remand filed by plaintiff, Plaquemines Parish ("the Parish"). Various defendants have opposed the motion.[2] The facts, issues, and arguments in the above-captioned matter are materially indistinguishable from those presented in *Plaquemines Parish v. Rozel Operating Co.* ("*Rozel*"), Civil Action No. 13-6722, R. Doc. No. 65 (January 29, 2015).[3] For the reasons stated in this Court's order and reasons in *Rozel*, which the Court incorporates in full, the Court lacks any basis to exercise subject matter jurisdiction over this removed action. Accordingly,

**IT IS ORDERED** that the Parish's motion to remand is **GRANTED** and that the above-captioned matter is remanded to the 25th Judicial District Court for the Parish of Plaquemines, State of Louisiana.

New Orleans, Louisiana, January 29, 2015.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 24.
[2] R. Doc. No. 49.
[3] *See also Parish of Plaquemines v. Total Petrochemical & Refining USA, Inc.*, No. 13-6693, 2014 WL 6750649 (E.D. La. Dec. 1, 2014) (Zainey, J.).